COMMONWEALTH of Pennsylvania,
Respondent

v.

Vincent HARRIS, Petitioner

No. 463 EAL 2016

Supreme Court of Pennsylvania.

February 7, 2017

### ORDER

PER CURIAM

**AND NOW,** this 7th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Dontey EDWARDS, Petitioner

No. 455 EAL 2016

Supreme Court of Pennsylvania.

February 7, 2017

### ORDER

PER CURIAM

**AND NOW,** this 7th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Christopher K. CATER, Petitioner

No. 433 EAL 2016

Supreme Court of Pennsylvania.

February 7, 2017

### ORDER

PER CURIAM

**AND NOW,** this 7th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**